PARK BINGHAM MINING COMPANY, Respondent, v. NEVADA UTAH HOLDING COMPANY, Defendant, Impleaded with GEORGE GRAHAM RICE, Appellant.— Judgment reversed, with costs; order entered May 25, 1927, reversed, and the motion to strike out defendant's answer and for summary judgment denied, with ten dollars costs; order entered April 29, 1927, reversed and the motion for leave to serve an amended answer granted upon condition that defendant Rice file a surety company bond in the sum of $15,000 conditioned for the payment of any judgment which the plaintiff may recover against defendant Rice in this action. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER HELLER, Appellant, v. CHARLES E. POPE and Another, Individually, and as Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPHINE TRENTACOSTE, an Infant, by NICHOLAS TRENTACOSTE, Her Guardian ad Litem, Appellant, v. YELLOW TAXI CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

In the Matter of Proving the Last Will and Testament of BRIDGET CONNOLLY, Deceased. CATHERINE T. SAVAGE, Appellant; THOMAS FINNERAL, Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents.

THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of ARCHIBALD D. RUSSELL, Deceased, and Others, Respondents, v. PARK &. TILFORD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ALLEN B. POTTER, Appellant, v. RAY ROTHSCHILD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL B. SCHWEITZER, Respondent, v. MAX MINDLIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

MICHAEL CERUSSI & Co., INC., Plaintiff, v. MOSHOLU PARKWAY CORPORATION and Another, Appellants. PIERCE, BUTLER & PIERCE MANUFACTURING CORPORATION and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELEANOR M. RANSOM, Respondent, v. LOUIS ISRAELSON, Defendant, Impleaded with ARNOLD ROTHSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Rothstein to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.